# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CRIMINAL NO. 3:98CR301-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Vs. ) | **O R D E R** |
| ) | |
| BOBBY D. BROWN ) | |

**THIS MATTER** is before the Court on the Defendant's motion to amend the his judgment to order that his federal sentence run concurrently with his South Carolina state court sentence. The motion is denied.

Attached to the Defendant's motion is a copy of a letter from his attorney which fully and correctly describes the circumstances involving the two sentences. For the reasons stated in counsel's letter,

**IT IS, THEREFORE, ORDERED** that the Defendant's motion to amend is hereby **DENIED**.

**Signed: January 13, 2006**

Lacy H. Thornburg
United States District Judge