IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CRIMINAL NO. 3:98CR301-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Vs. | ) | **O R D E R** |
| | ) | |
| BOBBY D. BROWN | ) | |

**THIS MATTER** is before the Court on a letter from the Defendant filed May 21, 2007, which is construed as a notice of appeal of the Court's Order filed January 10, 2007.

Because the notice of appeal is untimely,

**IT IS, THEREFORE, ORDERED** that the Defendant's letter, construed as a notice of appeal, is hereby **DENIED**.

Signed: June 5, 2007

Lacy H. Thornburg
United States District Judge